FILED IN OPEN COURT
U.S.D.C ATLANTA

Date: 12/03/2025
KEVIN P. WEIMER, Clerk
By: S/Lisa Enix
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BERNARD BESS | Criminal Information<br><br>No. 1:25-CR-0440 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Possession of a Firearm by a Convicted Felon

On or about January 13, 2024, in the Northern District of Georgia, the defendant, BERNARD BESS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, at least one of the following:

1. Theft by Receiving Stolen Property, on or about November 10, 2009, in the Superior Court of Fulton County, Georgia;

2. Theft by Receiving Stolen Property, on or about November 16, 2009, in the Superior Court of Fulton County, Georgia;

3. Theft by Taking, on or about October 13, 2011, in the Superior Court of Fulton County, Georgia;

4. Possession of Marijuana with Intent to Distribute, on or about September 29, 2016, in the Superior Court of Fulton County, Georgia;

5. Possession of Marijuana with Intent to Distribute and Distribution of a Controlled Substance in a Drug-Free Commercial Zone, on or about September 30, 2016, in the Superior Court of Fulton County, Georgia;

6. Terroristic Threats, on or about September 30, 2016, in the Superior Court of Fulton County, Georgia;

7. Possession of a Firearm During the Commission of a Felony, on or about September 30, 2016, in the Superior Court of Fulton County, Georgia;

8. Possession of a Firearm by a Convicted Felon, on or about September 30, 2016, in the Superior Court of Fulton County, Georgia;

9. Aggravated Assault, on or about August 2, 2019, in the Superior Court of Fulton County, Georgia;

10. Possession of a Firearm by a Convicted Felon, on or about January 24, 2022, in the Superior Court of Cobb County, Georgia;

11. Aggravated Assault, on or about November 7, 2022, in the Superior Court of Fulton County, Georgia; and

12. Terroristic Threats, on or about November 7, 2022, in the Superior Court of Fulton County, Georgia,

did knowingly possess a firearm, that is, a Smith & Wesson model M&P 9 Shield, 9mm handgun, said possession being in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture**

Upon conviction of the offense alleged in this Information, the defendant, BERNARD BESS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

   a. One (1) Smith & Wesson, model M&P Shield, 9mm caliber pistol, serial number JEN3695; and

   b. Nine (9) rounds of 9mm caliber ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third person;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

THEODORE S. HERTZBERG
   *United States Attorney*

JAMES HWANG
   *Assistant United States Attorney*
Georgia Bar No. 325783

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3